**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARK SENTI, GERALD STELZER,**
**and PAUL LEPPEK,**

                  **Plaintiffs,**

**-vs-**                                                **Case No. 6:06-cv-1903-Orl-22DAB**

**SANGER WORKS FACTORY, INC.,**

                  **Defendant.**

_____

## ORDER

This cause is before the Court on Sanger Works Factory, Inc.'s Motion to Stay Litigation and Compel Arbitration or, in the alternative, to Dismiss the Complaint (Doc. No. 4) filed on December 22, 2006.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted to the extent it seeks a stay and an Order compelling the parties to arbitrate their disputes.

After an independent *de novo* review of the record in this matter, including the objection filed by the Plaintiffs (Doc. No. 21), and the Defendant's response thereto (Doc. No. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 30, 2007 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order. Plaintiffs' Objection is **OVERRULED**.

2. Sanger Works Factory, Inc.'s Motion to Stay Litigation and Compel Arbitration (Doc. No. 4) is **GRANTED**. The parties shall **ARBITRATE** the claims raised in the Complaint filed herein.

3. Defendant shall file a status report of the arbitration proceedings on June 1, 2007, and every three months thereafter.

4. The Clerk is directed to administratively close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 18, 2007.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record